# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 2:25-CV15801-CCC-AME | UNITED STATES DIRTRICT COURT DISTRICT OF NEW JERSEY | | 14243917 (25-5528) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| SUSAN JUANITA OWENS-BROOKS | BETTER HOMES AND GARDENS REAL ESTATE, LLC, ET AL., |

| Received by: | For: |
|---|---|
| Global Process Service Corp | |

| To be served upon: |
|---|
| BETTER HOMES AND GARDENS REAL ESTATE, LLC |

I, Patrick Persicano, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Simone McLean, as an individual authorized to accept service 175 PARK AVENUE, MADISON, NJ
**Manner of Service:** Corporation, Sep 30, 2025, 12:05 pm EDT
**Documents:** Summons in a Civil Case and Class Action Complaint

**Additional Comments:**
1) Successful Attempt: Sep 30, 2025, 12:05 pm EDT at 175 PARK AVENUE, MADISON, NJ received by Simone McLean, as an individual authorized to accept service. Age: 33; Ethnicity: African American; Gender: Female; Weight: 180; Height: 5'7"; Hair: Black; Eyes: Brown; Other: Simone McLean at the front desk, say that she is authorized to accept service.;

_____  10/2/2025
Patrick Persicano            Date
Global Process Service Corp

Subscribed and sworn to before me by the affiant who is personally known to me.

_____  10/2/2025
Notary Public

                             10/20/2027
Date                         Commission Expires

Official Seal
DINA L PERSICANO
Notary Public-New Jersey
My Comm. Expires Oct. 20, 2027
ID # 50070466

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**SUSAN JUANITA OWEN-BROOKS,**
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

**BETTER HOMES AND GARDENS REAL ESTATE, LLC, ET AL.,**
*Defendant*

CASE NUMBER: **2:25-CV-15801-CCC-AME**

TO: *(Name and address of Defendant):*

BETTER HOMES AND GARDENS REAL ESTATE, LLC
175 Park Avenue
Madison, NJ 07940

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads
**Clerk of Court**



ISSUED ON 2025-09-22 09:06:04, Clerk
USDC NJD