# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN JUANITA OWEN-BROOKS, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br>v.<br><br>BETTER HOMES AND GARDENS REAL ESTATE, LLC and NATIVE AMERICAN GROUP, LLC D/B/A BETTER HOMES AND GARDENS REAL ESTATE NATIVE AMERICAN GROUP<br>    *Defendants*. | Civil Action No. 2:25-cv-15801<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Susan Juanita Owen-Brooks ("Plaintiff") and Defendant Native American Group, LLC d/b/a Better Homes and Gardens Real Estate Native American Group ("NAG"), by and through its undersigned counsel, that the time for NAG to answer or otherwise respond to Plaintiff's Complaint in this action is extended through and including **December 4, 2025.**

Dated: November 24, 2025

| | |
|---|---|
| **CONSENTED TO BY:**<br>**SHAMIS & GENTILE, P.A.** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| By: */s/ Kayla Kershen*<br>    Kayla Kershen, Esq. | By: _____<br>    Ronald A. Giller, Esq. |
| 14 NE 1st Avenue, Suite 705<br>Miami, FL 33132<br>Phone: (305) 479-2299<br>Email: kkershen@shamisgentile.com | 290 W Mount Pleasant Avenue, Suite 3310<br>Livingston, NJ 07039<br>Phone: (973) 549-2500<br>Email: rgiller@grsm.com |
| Attorneys for *Plaintiff*<br>Dated: November 24, 2025 | Attorneys for *Defendants*<br>Dated: November 24, 2025 |

SO ORDERED:

_____
Claire C. Cecchi
United States District Judge

Dated: